AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>James Duncan<br>*Defendant(s)* | Case No.<br>2:22-MJ-127 |

*FILED U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS SEP 1 2 2023 CLERK, U.S. DISTRICT COURT By____ Deputy*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 29, 2023 - July 14, 2023__ in the county of __Potter__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2250 | Failure to Register as a Sex Offender |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew E. Clay, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/12/23

_____
Judge's signature

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

Affiant, Matthew E. Clay, being duly sworn, do hereby depose and state that:

Affiant is employed with the U.S. Marshals Service (USMS). My present assignment is with the Amarillo Division, Northern District of Texas. As part of my duties as a Deputy U.S. Marshal, I investigate criminal violations of Title 18, United States Code (U.S.C.), Section 2250(a), Failure to Register as a Sex Offender. This offense has three elements: (1) that the defendant was required to register under the Sex Offender Registration and Notification Act (SORNA), as charged; (2) is a sex offender as defined for the purposes of the SORNA by reason of a conviction under Federal law (including the Uniform Code of Military Justice), the law of the District of Columbia, Indian tribal law, or the law of any territory or possession of the United States; and (3) that the defendant knowingly failed to register and keep a current registration as required by SORNA.

On July 13, 2023, the U.S. Marshals Service, Amarillo Division, began an investigation into possible violations of Title 18 U.S.C., Section 2250(a), by James DUNCAN, who was originally arrested on November 3, 2010, for Revised Code of Washington (RCW) 9A.44.079(2), Rape of a Child 3rd Degree, the victim was fourteen-year-old female, and DUNCAN was twenty-three years old at the time of this crime. DUNCAN later pled to the lesser charge of RCW 9.68A.090(1), Communication with a Minor for Immoral Purposes on December 23, 2010, in Thurston County, Washington, case number 10-1-01670-1. Also, at the time of DUNCAN's arrest, DUNCAN was found to be in possession of the victim's underwear and a lock of her hair.

During this investigation, the USMS discovered the following:

James DUNCAN's original conviction in Oregon, according to the Texas Department of Public Safety, translates from RCW 9.68A.090(1), Communication with a Minor for Immoral Purposes to Texas Penal Code (TPC) 33.021(c), Online Solicitation of a Minor, which requires DUNCAN to register in Texas for ten-years post detention. This translation to Texas statue requires DUNCAN to register in the State of Texas until April 17, 2026, since DUNCAN was released from supervision in Washington on April 18, 2016.

Moreover, per the SORNA, DUNCAN's translated offense from RCW to TPC and original office involves the solicitation of a minor to engage in a sexual act and criminal sexual conduct involving a minor, which requires DUNCAN to register per the Adam Walsh Act (AWA) Subtitle A—Sex Offender Registration and Notification, Sections 111(7)(C) and 111(7)(H) as a Tier 1 offender, for fifteen years.

On July 13, 2023, the USMS originally discovered that James DUNCAN has been present in Amarillo, Texas since at least June 29, 2023, which was only discovered through DUNCAN's contact with the Amarillo Police Department, when DUNCAN, as a

pedestrian, was struck by a moving vehicle and transported via ambulance to the Northwest Hospital Emergency Room. DUNCAN was treated and released for non-life-threatening injuries on June 29, 2023, and was again admitted to the Northwest Hospital on July 3, 2023, July 6, 2023, and July 9, 2023, and was released the same days he was admitted for each stated date.

Further investigation also revealed that James DUNCAN was arrested in Gainesville, Texas on April 12, 2023, and was bonded out through Blackjack Bail Bond Company, 213 North Crockett Street, Suite 104, Sherman, Texas, who requires DUNCAN to check in with the bonding company via an electronic application from his phone. This electronic application requires DUNCAN to send his geographical location, along with a real-time photograph and signature, all to verify his location and identity. DUNCAN checked in using this application on April 23, 2023, April 27, 2023, May 3, 2023, May 10, 2023, May 19, 2023, May 27, 2023, June 6, 2023, June 16, 2023, June 22, 2023, and July 5, 2023. All these geographic locates were in the State of Texas, along with photographs of DUNCAN and his signature.

Additionally, the Greyhound Bus Company provided dates of travel and boarding passes that reflect James DUNCAN boarded multiple busses in the State of Texas and traveling only within the state from March 25, 2023, to April 27, 2023.

Moreover, James DUNCAN was arrested by the Amarillo Police Department in Amarillo, Texas for the state charge of Failure to Comply with Sex offender Registry on July 14, 2023, and while in the Potter County Jail, DUNCAN admitted to knowing that he has a duty to register while speaking to his mother Sherilynn Duncan.

James DUNCAN's last known registration was in April of 2022, in the State of Arkansas and DUNCAN has failed to register and/or notify any jurisdiction of his presence in the State of Texas, as he is required to per his duty to register under the SORNA.

James DUNCAN has previous arrests and convictions for Failure to Register as a Sex Offender and Failure to Comply with Sex Offender Registration in different states and criminal histories in eleven states.

James DUNCAN is currently on bond out of Gainesville, Texas for Theft and is listed as absconded with warrants in Arkansas and Tennessee for sex offender registration violations, but they are currently listed as non-extraditable.

On August 1, 2023, the USMS, Amarillo Division, concluded its investigation into possible violations of Title 18 U.S.C., Section 2250, and determined that James DUNCAN is a convicted sex offender and the translated offense from RCW to TPC involves the solicitation of a minor to engage in a sexual act and criminal sexual conduct

involving a minor, which requires DUNCAN to register, per the AWA Subtitle A—Sex Offender Registration and Notification, Sections 111(7)(C) and 111(7)(H), as a Tier 1 offender for fifteen years, and DUNCAN traveled in interstate commerce from the State of Arkansas, which is his last state of registration, to the State of Texas without registering, in person, within 3 days after his arrival to the State of Texas, which is in violation of Title 18 U.S.C., Section 2250(a).

_____
Matthew E. Clay, Deputy U.S. Marshal
U.S. Marshals Service, Amarillo Division

9/12/23         at    Amarillo, TX
_____                _____
Date                       City and State


Lee Ann Reno U.S. Magistrate Judge         _____
Name and Title of Judicial Officer          Signature of Judicial Officer


_____
Anna Marie Bell
Assistant U.S. Attorney