IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

JAMES DUNCAN

NO. 2:23-CR-074-Z (01)

## FACTUAL RESUME

In support of James Duncan's plea of guilty to the offense in Count One of the Indictment, Duncan, the defendant, Felipe Zavala, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

### ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Indictment, charging a violation of 18 U.S.C. § 2250(a), that is, Failure to Register as a Sex Offender, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*     That the defendant was required to register under the Sex Offender Registration and Notification Act, as charged;

*Second.*     That the defendant traveled in interstate commerce; and

*Third.*     That the defendant knowingly failed to register and keep a current registration as required by the Sex Offender Registration and Notification Act.

---

[1] Fifth Circuit Pattern Jury Instruction 2.83 (5th Cir. 2019).

James Duncan
Factual Resume—Page 1

## STIPULATED FACTS

1. From in or about June 29, 2023, and continuing through on or about July 14, 2023, in the Amarillo Division of the Northern District of Texas, and elsewhere, James Duncan, defendant, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate or foreign commerce and knowingly failed to register and update his registration as a sex offender, as required by the Sex Offender Registration and Notification Act (SORNA), in violation of Title 18, United States Code, Section 2250(a).

2. On July 13, 2023, the United States Marshals Service (USMS), Amarillo Division, began an investigation to determine if James Duncan failed to register as a sex offender, or keep current his registration, in the Northern District of Texas, Amarillo Division.

3. On December 10, 2010, James Duncan was convicted of Communication with a Minor for Immoral Purposes, cause number 10-1-01670-1 in Thurston County, Washington. As a result of that conviction, Duncan was and is required to register as a sex offender.

4. Duncan last registered as a sex offender in Arkansas in April 2022. Sometime after April 2022, Duncan relocated to the Amarillo, Texas area without notifying law enforcement in Arkansas or Texas.

5. On June 29, 2023, Duncan was struck by a moving vehicle and was transported by ambulance to the Northwest Hospital emergency room. Duncan was

treated and released that day. Duncan was subsequently admitted to Northwest Hospital on July 3, 6 and 9, 2023, and was released the same day on each occasion.

6. The USMS obtained Greyhound Bus Company records, which revealed that Duncan boarded multiple busses in the State of Texas from March 25, 2023 to April 27, 2023. Duncan traveled within the State of Texas on the busses.

7. On July 14, 2023, Duncan was arrested by the Amarillo Police Department for failure to register as a sex offender. During recorded jail calls with his mother, Duncan admitted to knowing that he had a duty to register.

8. Duncan admits that he was required to register as a sex offender pursuant to the SORNA. Duncan further admits that he knowingly failed to register or keep a current registration as required by the SORNA.

9. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the indictment.

AGREED TO AND STIPULATED on this 12th day of December, 2023.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
James Duncan
Defendant

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
300 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

_____
Felipe Zavala
Attorney for Defendant