IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:23-CR-074-Z (01) |
| JAMES DUNCAN | ECF |

## MOTION TO REVOKE SUPERVISED RELEASE

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Motion to Revoke Supervised Release of James Ducan, in support of which the United States shows as follows:

On January 14, 2025, James Duncan, defendant, was sentenced by United States District Judge Matthew J. Kacsmaryk to a term of incarceration of 15 months, to be followed by a term of supervised release of 5 years, with conditions, upon his conviction of Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a).   Duncan began serving his current term of supervised release on January 23, 2025.

I.

Conditions of the Defendant's supervised release provide:

**Violation of Other Condition No. 9:** The defendant shall participate in outpatient mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant shall contribute to the costs of services rendered

(copayment) at a rate of at least $20 per month.

**Violation of Other Condition No. 10:** The defendant shall participate in an outpatient program approved by the probation officer for treatment of narcotic, drug, or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and/or all other intoxicants during and after completion of treatment. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $20 per month.

II.

Defendant **Duncan** violated these conditions in that:

1. On or about March 4, March 18 and April 7, 2025, the defendant failed to appear and participate in mental health treatment services.

2. On or about May 6 and 29, 2025 and June 5 and 12, 2025, the defendant failed to appear for individual mental health counseling sessions.

3. In or about April 2025, the defendant used and possessed marijuana an illegal controlled substance.

4. On or about February 25, March 17, March 27, April 21, May 28, and June 3 and June 23, 2025, the defendant failed to submit urine specimens as directed by the court.

III.

The United States respectfully asks that this Honorable Court revoke the defendant's supervised release and order him to the custody of the Attorney General to

serve a sentence as determined by the Court in accordance with the law. Further, the United States request that the defendant be detained pending his final revocation hearing.

        Respectfully submitted,

        NANCY E. LARSON
        ACTING UNITED STATES ATTORNEY

        /s/ Anna Marie Bell
        ANNA MARIE BELL
        Assistant United States Attorney
        New Mexico Bar Number 12501
        500 South Taylor Street, Suite 300
        Amarillo, Texas 79101-2446
        Telephone: 806-324-2356
        Facsimile: 806-324-2399
        E-mail: anna.bell@usdoj.gov