# United States District Court
# Northern District of Texas

*Amarillo Division*

UNITED STATES OF AMERICA

V.

JAMES DUNCAN

CASE NUMBER: 2:23-cr-00074-Z-BR

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

JAMES DUNCAN

ADDRESS (STREET, CITY, STATE):

| PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): | DATE IMPOSED |
|---|---|
| US DISTRICT COURT NORTHERN DISTRICT OF TEXAS, AMARILLO DIVISION | Jan 14, 2025 |

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

US MAGISTRATE JUDGE LEE ANN RENO

*Karen Mitchell* — Karen Mitchell, U.S. District Court Clerk

N. Thomas
(By) Deputy Clerk

Aug 1, 2025
Date

## RETURN

Warrant received and executed.

Date Received: 8-1-25

Date Executed: 9-29-25

Executing Agency (Name and Address): U.S Marshals Dallas, TX 75242

Name: *[signature]*   (By) *[signature]*   Date: 9-29-25