IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:23-CR-0074-BR |
| JAMES DUNCAN | |

## MOTION FOR DETENTION AND MOTION TO CONTINUE DETENTION HEARING

The United States moves for pretrial detention of defendant, James Duncan, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves:

   - Serious risk defendant will flee
   - Petition for Supervised Release Revocation was filed

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure:

   - Defendant's appearance as required
   - Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will invoke the rebuttable presumption against defendant because:

   - Probable cause to believe the Defendant violated terms of supervised release, Fed. R. C. Pro. 32.1(a)(6)

**Motion for Detention - Page 1**

4. <u>Time for Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

- At first appearance

- After continuance of __3__ days (not more than 3).

Submitted on March 10, 2026.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

s/Rick Calvert
_____
RICK CALVERT
Assistant United States Attorney
Texas State Bar Number 03669700
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8809

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on March 10, 2026.

s/Rick Calvert
_____
RICK CALVERT
Assistant United States Attorney
